## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-81447-CIV-HURLEY/HOPKINS

**PHILIP DAVIS,**

      **Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

      **Defendant.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING IN PART PLAINTIFF'S MOTION TO TAX COSTS

**THIS CAUSE** is before the court upon plaintiff's amended motion to tax costs and bill of costs [DE # 121, 122], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court grant in part the motion [DE # 126]. No objections were filed to the Magistrate Judge's report.

The court has carefully reviewed the Magistrate Judge's report and finds his recommendations to be sound and well reasoned.  The court therefore adopts those recommendations. Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1.    The Report and Recommendation of the United States Magistrate Judge [DE # 126] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

2.    Plaintiff's amended motion to tax costs and bill of costs [DE # 121, 122] is **GRANTED IN PART**.

3.    Pursuant to Fed. R. Civ. p. 58(a), the court will enter final judgment by separate order.

Order Adopting R & R of Magistrate Judge
Davis v. United States of America
Case No. 08-81447-CIV-HURLEY/HOPKINS

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 29th day of September,

2010.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*